BLACKBURN *v.* JAGO, SUPT., LONDON CORRECTIONAL INSTITUTE.

[Cite as Blackburn *v.* Jago (1988), 39 Ohio St. 3d 139.]

(No. 88-1023—Submitted July 5, 1988—Decided October 12, 1988.)

*Bruce Robert Blackburn, pro se.*

*Per Curiam.* Habeas corpus is not a proper remedy for reviewing errors of sentencing by a court of competent jurisdiction. *Walker* v. *Maxwell* (1965), 1 Ohio St. 2d 136, 30 O.O. 2d 487, 205 N.E. 2d 394. Appeal or postconviction relief would be the proper remedy. Since it appears from the face of his petition that petitioner has sought and been denied postconviction relief on

this issue, the matter is *res judicata.* See *Anderson* v. *Maxwell* (1967), 10 Ohio St. 2d 188, 39 O.O. 2d 196, 226 N.E. 2d 103. Accordingly, the writ is denied.

*Writ denied.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.